IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COLLEEN LAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 15-528-SLR-SRF |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 6th day of October, 2016, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on September 15, 2016, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 15) is adopted.

2. Plaintiff's motion for summary judgment (D.I. 9) is denied.

3. Defendant's cross-motion for summary judgment (D.I. 11) is granted.

4. The Clerk of Court is directed to enter judgment in favor of Defendant Carolyn W. Colvin and against Plaintiff Colleen Law.

_____
United States District Judge